UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

C AND J BROTHERS, INC.,

Plaintiff,

-against-

YJ PRODUCE CORP., VIC J CORP., YEOUNG JOON LEE and BONG IL LEE,

Defendants.

VIC J CORP. and BONG IL LEE,

Counterclaim Plaintiffs,

-against-

C AND J BROTHERS, INC,

Counterclaim Defendant,

-and-

AMY PARK,

Additional Counterclaim Defendant.

26-CV-3716 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

As discussed at today's default judgment hearing, plaintiff is hereby ORDERED to prepare and submit a revised proposed default judgment as against just the defaulting defendants YJ Produce Corp. and Yeoung Joon Lee. Plaintiff should ensure that the default judgment's damages calculation accurately reflects the defaulting defendants' liabilities.

Additionally, the parties should apprise the Court if they find that mediation would be beneficial.

SO ORDERED.

Dated: August 18, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge