UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

C AND J BROTHERS, INC.,

Plaintiff,

- against -

YJ PRODUCE CORP., VIC J CORP., YEOUNG JOON LEE and BONG IL LEE,

Defendants.

Case No. 26-cv-3716 (AS)

**FINAL DEFAULT JUDGMENT**

**UPON** the motion of plaintiff C and J Brothers, Inc., the accompanying declarations of Gregory Brown, counsel for Plaintiff dated June 12, 2026 and August 18, 2026, and Matthew Park, Plaintiff's President, dated June 12, 2026, the exhibits annexed thereto, the Clerk's Certificate of Default, and the supporting memorandum of law submitted therewith, which demonstrate that: defendants YJ Produce Corp. ("YJ") and Yeong Joon Lee ("Y. Lee") (YJ and Y. Lee collectively, "Defendants") failed to plead or otherwise defend this action; Defendants, jointly and severally, owe Plaintiff the principal amount of $110,456.00, plus accrued interest at the rate of eighteen percent *per annum* through August 19, 2026, in the amount of $7,451.00, and accrued attorneys' fees and expenses through June 12, 2026, in the amount of $5,768.06, for a total judgment in the amount of $123,675.06, $123,377.35 of which is a judgment under the trust provisions of the Perishable Agricultural Commodities Act, 7 U.S.C. § 499a, *et seq*. ("PACA"); and Defendants are not infants, incompetent persons, or in the military service of the United States; and there is no just reason for delay of entry of final judgment against Defendants, and

**UPON** Defendants having failed to timely oppose or otherwise respond to Plaintiff's motion, it is

**ORDERED** that judgment is hereby entered, in favor of Plaintiff and against Defendants YJ Produce Corp. and Yeong Joon Lee, jointly and severally, under the trust provisions of the Perishable Agricultural Commodities Act, 7 U.S.C. § 499e(c)(4), in the principal amount of $110,456.00, plus accrued interest at the rate of eighteen percent *per annum* through August 19, 2026, in the amount of $7,451.00, and accrued attorneys' fees and expenses through June 12, 2026, in the amount of $5,768.06, for a total judgment in the amount of $123,675.06, $123,377.35 of which is a judgment under the trust provisions of PACA; and it is further,

**ORDERED** that the judgment entered in favor of Plaintiff and against Defendants, jointly and severally, is a final judgment pursuant to Fed. R. Civ. P. 54(b), there being no just cause for delay in light of Plaintiff's statutory right to prompt payment under PACA, and Plaintiff may have immediate execution therefore.

**SO ORDERED**.

Dated: August 21, 2026
New York, New York

Arun Subramanian
United States District Judge